UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES,

07 CV 8735 (LAP)

**ORDER TO SHOW CAUSE**
**FOR DEFAULT**
**JUDGMENT AND ORDER**

                                    Plaintiffs,

                    -against-

CHRISTOPHER THOMAS INTERIOR CORP.,

                                    Defendant.

-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/08

UPON the annexed affidavit of Andrew GraBois, Esq. sworn to the 28th day of

December, 2007 and all of the proceedings had herein, let Defendant Christopher Thomas

Interior Corp., appear before Judge Loretta A. Preska at this Federal Courthouse, Courtroom 12-

A, located at 500 Pearl Street, New York, NY, 10007 on the ___ day of ___

2007 at ___ o'clock in the forenoon/afternoon of that day or as soon thereafter as the parties

can be heard, to show cause why a Default Judgment and Order should not be entered against

Christopher Thomas Interior Corp. and in favor of plaintiffs, confirming an arbitration award

dated July 6, 2007, and two arbitration awards dated August 21, 2007 against the Defendant, and

awarding attorneys' fees and costs arising out of this action.

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by way of first class mail on or before _____ 5 _____ P.M. on the 7th day of _____, 2007 be deemed good and sufficient service; answering papers, if any, shall be served and filed on or before _____, 2007; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
_____, 2007

Honorable Loretta A. Preska
United States District Judge