## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV8735  
STATE OF NEW YORK   UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT  
Purchased/Filed: October 10, 2007

*The New York City District Council of Carpenters Pension Fund, et al*   Plaintiff

against

*Christopher Thomas Interior Corp.*   Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY   SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___October 18, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint

on ___Christopher Thomas Interior Corp.___, the Defendant in this action, by delivering to and leaving with ___Chad Matice___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___28___ Approx. Wt: ___200___ Approx. Ht: ___6'0"___  
Color of skin: ___White___ Hair color: ___Brown___ Sex: ___M___ Other: _____

Sworn to before me on this  
22nd day of ___October, 2007___

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0708649

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**