STATE OF NEW YORK     )
                      :SS.:
COUNTY OF NEW YORK    )

      IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 4th day of January, 2008, I served plaintiffs' **ORDER TO SHOW CAUSE** and **DEFAULT JUDGMENT** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:   Christopher Thomas Interior Corp.
       2 Halycon Road
       Lindenhurst, New York 11757

                                            IAN K. HENDERSON

Sworn to before me this
4th day of January, 2008

NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 20___