UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
THE NEW YORK CITY DISTRICT COUNCIL OF : 
CARPENTERS PENSION FUND, ET AL.,
                                      :   07 Civ. 8735 (LAP)
           Plaintiff,                 :
                                          ORDER
       -v-                            :

CHRISTOPHER THOMAS INTERIOR CORP.,    :

                                      :

           Defendant.                 :
------------------------------------- x

LORETTA A. PRESKA, U.S.D.J.:

   The Order to Show Cause for entry of default judgment against Christopher Thomas Interior Corp. currently returnable on February 7, 2008 at 1:00 p.m. is adjourned to February 7, 2008 at 2:30 p.m. in Courtroom 12A.


SO ORDERED:

Dated: January 17, 2008

       New York, NY

                                    /s/ Loretta A. Preska
                                    LORETTA A. PRESKA, U.S.D.J.